**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| **BROOKE LANGENECKERT, et al.,**   ) | |
|                                                                ) | |
| **Plaintiffs,**   ) | |
|                                                                ) | |
| v.                                                          ) | Case No. 1:23-CV-83-SNLJ |
|                                                                ) | |
| **CARAVAN SUPPLY COMPANY,**   ) | |
|                                                                ) | |
| **Defendant.**   ) | |

### <u>MEMORANDUM & ORDER</u>

This matter is before the Court on review of the file.  Currently pending is a motion to amend the complaint.  Although the time for responding to plaintiffs' motion has not passed, the Court notes *sua sponte* that plaintiffs include an individual identified as "J.W." along with J.W.'s guardian, Rebecca Bax.  J.W.'s full name is redacted in the version of the original complaint that was filed in state court and removed to this Court.  Plaintiffs' proposed amended complaint includes an unredacted version of J.W.'s full name but then proceeds to identify J.W. by her initials.  The clerk's office has requested that plaintiffs provide a redacted version of the proposed amended complaint because it appear that J.W. is a minor.  The clerk's office has been advised that J.W. is not a minor.  It is thus unclear why her full name has ever been redacted or why she is identified by her initials.

Accordingly,

IT IS HEREBY ORDERED that plaintiffs shall file a document with this Court explaining the legal status of J.W. and whether her identity should be withheld from public filings.

Dated this __12th__ day of October, 2023.

                                                                                _____
                                                                                STEPHEN N. LIMBAUGH, JR.
                                                                                SENIOR UNITED STATES DISTRICT JUDGE